UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:12-CR-00250-PMP-CWH |
| | ) | |
| v. | ) | |
| JOSE GARCIA-MORALES, | ) | |
| Defendant. | ) | ORDER |

IT IS ORDERED that the Stipulation to Continue Calendar Call and Trial Date is hereby GRANTED.  The calendar call currently set for September 4, 2012 at 1:30 p.m. and the trial set for September 11, 2012 at 9:00 a.m. are hereby VACATED and continued to a date to be set by this Court.

DATED:  August 28, 2012

_____
PHILIP M. PRO
United States District Judge