FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 18 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:12-cr-250-PMP-CWH |
| JOSE GARCIA MORALES, | ) | |
| Defendant. | ) | ORDER |

On October 17, 2012, the court granted the defendant's motion for court appointed counsel (#33). Therefore;

IT IS HEREBY ORDERED that Terrence M. Jackson, Esq. is appointed as counsel for Jose Garcia Morales in place of Jacob G. Leavitt, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Leavitt shall forward the file to Mr. Jackson forthwith.

DATED this 18th day of October, 2012.

Nunc Pro Tunc Date: October 17, 2012.

_____
C. W. HOFFMAN, JR.
United States Magistrate Judge